**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: <br><br> **RIVERA GOMEZ, RICARDO LUIS** <br> **TORRES MONTANEZ, HEIDEE MAGALY** <br> DEBTOR | CASE NO. **10-05419** <br><br> CHAPTER 07 |

**APPLICATION FOR LEAVE TO EMPLOY REALTOR
PURSUANT TO RULE 2014 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE**

TO THE HONORABLE COURT:

COMES NOW, **Wilfredo Segarra Miranda**, Trustee in the present case, who respectfully states and prays relief as follows:

1. Applicant is the duly appointed trustee in the above-captioned proceeding.

2. The undersigned trustee seeks to employ realtors **Zunilda Cabrera Jiménez,** license number 304 and **Pedro Betancourt Diaz,** license number 8416, to procure the sale of a real property pertaining to the herein estate.

3. In the undersigned trustee's best business judgment, aggressive marketing efforts, as those agreed and to be provided by **Zunilda Cabrera Jiménez and Pedro Betancourt Diaz,** may yield a feasible offer and realizable value for these properties within the valuation estimates obtained as of this date.

4. Within the services to be provided, **Zunilda Cabrera Jiménez and Pedro Betancourt Diaz** should be in charge of all selling and marketing efforts and will conduct the sale of the properties in accordance with the notice of sale filed and noticed to all creditors and parties in interest.

5. To the best of the trustee's knowledge, the realtors whose employment is sought

>   have no connection with the undersigned trustee, the Debtor, the creditors, any parties in interest, their respective attorneys or accountants, and the office of the US Trustee or any person employed by said office

6. Your trustee further believes that in the discharge of its duties the firm will not represent or hold any interest adverse to the herein estate and will be a disinterested person as defined in 11 U.S.C. §101(14) & §327.

7. The proposed realtors will be paid for its services as follows:

   a **Zunilda Cabrera Jiménez and Pedro Betancourt Diaz** will receive a real estate broker commission at the rate of 4% of the gross sales price on the private offers and sales procured by his services. This commission is to be paid by the estate, after notice hearing and allowance by the Court.

   b. Any forfeited commission will be shared fifty per cent to the estate and fifty per cent to the realtors. This commission is to be paid by the estate from the forfeited moneys, after notice hearing and allowance by the Court.

**NOTICE IS FURTHER GIVEN** that, unless a party in interest files a written objection, with a copy thereof served to the trustee, within *Twenty-one (21 )* from the date of this Notice and additional three(3) days pursuant to Fed. R. Bank P. 9006(f) the Court may enter an Order granting the application for employment of these realtors without the need of a hearing. Should a timely objection be filed, a hearing of such objection will be scheduled by the Court. Pursuant to Fed. R. Bank P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless(1) the requested relief is forbidden by

law(ii) the requested relief is against public policy; or(iii) in the opinion of the Court, the interest of justice requires otherwise.

**WHEREFORE,** undersigned Chapter 7 Trustee hereby requests the entry of an Order granting leave to employ **Zunilda Cabrera Jiménez and Pedro Betancourt Diaz,** to act as Realtors for the Trustee in the present Chapter 7 proceeding on the terms detailed herein.

**CERTIFICATE OF SERVICE:** The foregoing has been electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of said filing to parties appearing on said system including the U.S. Trustee Office and sent by mail to Debtor and Debtor's attorney.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this   5   day of November, 2010.

/s/wilfredo segarra miranda
**WILFREDO SEGARRA MIRANDA**
**CHAPTER 7 TRUSTEE**
PO Box 9023385
San Juan, PR 00902-338
Tel. (787) 725-6160
Fax (787) 977-2288

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. **10-05419** |
| **RIVERA GOMEZ, RICARDO LUIS** <br> **TORRES MONTANEZ, HEIDEE MAGALY** | CHAPTER 07 |
| DEBTOR | |

## VERIFIED DECLARATION UNDER PENALTY OF PERJURY

**TO THE HONORABLE COURT:**

We, **Zunilda Cabrera Jiménez,** license number 304**, and Pedro Betancourt Diaz,** license 8416**,** declare under penalty of perjury as follows:

1. We are a Realtors duly authorized to exercise our professions of Realtors by the laws of the Commonwealth of Puerto Rico. The exercise of said licenses have in no way been restricted or limited.

2. We maintain offices at #140 Vereda St., Paseo del Prado, Carolina, Puerto Rico, 00987, telephone 787-547-6521; 787-547-6514.

3. Prior to the date of the applicants engagement as realtor, we had no connections with debtor, debtor's attorney, creditor, US Trustee, Chapter 7 Trustee or any other party in interest.

4. That to the best of our knowledge and belief, we are "disinterested persons" as per Section 101(14) of the Bankruptcy Code, which definition is incorporated herein by reference, and we do not have any connection to any creditor or debtor in this case, nor any party in interest herein, nor anyone acting on their behalf whose interest may be adverse to debtor's estate, and we do not represent or hold any interest adverse to the debtor or to the estate, with respect to the matter on which it is to be employed as counsel, pursuant to 11 U.S.C. §327(a).

5. We have not received or been promised transfer, assignment, pledge of property of the debtor or the estate, except as for compensation as set forth herein to be made at no more of 4% of the gross sales price.

6. I have not agreed to share with any person, except members of my Firm, the compensation to be paid for the services rendered in this case.

7. The terms of compensation agreed to are as follows: no more of 4% of the gross sales price.

8. I will amend this statement immediately upon my learning that: (a) any of the representations made herein are incorrect, or (b) there is any change of circumstance relating thereto.

9. I have reviewed the provisions of LBR 2016-1.

In San Juan, Puerto Rico, this 5 day of November, 2010.

ZUNILDA CABRERA JIMÉNEZ
Via 9 2 LL, 331
Villa Fontana
Carolina, Puerto Rico
Tel. (787) 547-6514
Fax (787) 750-8818

PEDRO BETANCOURT DÍAZ
Via 9 2 LL, 331
Villa Fontana
Carolina, Puerto Rico
Tel. (787) 547-6521
Fax (787) 750-8818

Calle Vereda 140  Phone: 787.547.6521
Paseo del Prado,   Fax: 787.750.8818
Carolina, PR 00987  Email:zuped@hotmail.com

# Pedro Betancourt Díaz

| | | | |
|---|---|---|---|
| **Experience** | 1999–2001 | Eagle Realty | Carolina, PR |

**Real Estate Broker**

| | | | |
|---|---|---|---|
| | Since 2001 | BC Properties | Carolina, PR |

**President**

**Education**  **Instituto de Banca y Comercio** 1994
Restaurant administration

**San Juan Board of Realtors** 1998
Real Estate Broker Course (Lic. 8416)

**Related Education**

**Instituto Prof. José R. Faría** 2000
Regulations **10 Law** Course
Ethics Regulations Course

**San Juan Board of Realtors**
Documentation for closing and legal aspects Course

**San Juan Board of Realtors** 2002
Valuation Analysis Course

**Instituto Prof. José R. Faría** 2003
Mathematics for Real Estates Course
Sales Techniques Course
Mortgage Financing Course

**San Juan Board of Realtors**
Financing of commercial properties Course

**San Juan Board of Realtors** 2004
Legal Aspects Course
Mortgage Financing Course
**Venta de Propiedades Bajo Ley de Quiebra** Course

**San Juan Board of Realtors** 2005
**Ventas de Propiedades Reposeidas** Course**Instituto de Realtors de**

**Puerto Rico** 2006
New apartment valuation and valuation analysis Course

**San Juan Board of Realtors**
Sales Techniques Course

**Instituto de Realtors de Puerto Rico** 2007
Regulations **10 Law** Course
**Venta de Propiedades Fuera de Puerto Rico** Course
Mathematics for Real Estates Course

**Asociación de Realtors**
Computers Techniques for Real Estates Course

Calle Vereda 140  Phone: 787.547.6514
Paseo del Prado, Carolina  Fax: 787.750.8818
PR, 00987  Email:zuped@hotmail.com

# Zunilda Cabrera Jiménez

**Experience**  1999–2001 Eagle Realty Carolina, PR
**Real Estate Broker**

Since 2001 BC Properties Carolina, PR
**Vice President**

**Education**

**Nuestra Señora de los Ángeles Custodios School, R.D.** 1985
Commercials Studies

**Escuela de Arte Ofelia Dacosta Inc.** 1989
Dramatic Arts

**Ateneo Puertorriqueño 1990**
Drama Principles

**San Juan Board of Realtors** 1998
Real Estate Broker Course (Lic. 304)

**Related education**

**Instituto Prof. José R. Faría** 2000
Regulations **10 Law** Course
Ethics Regulations Course
Mathematics for Real Estates Course
Sales Techniques Course

**San Juan Boards of Realtor** 2002
Ethics Regulations Course
Congress Housing Course

**San Juan Boards of Realtor** 2004
Mortgage Financing Course
**Venta de Propiedades Bajo Ley de Quiebra** Course

**San Juan Boards of Realtor** 2005
**Ventas de Propiedades Reposeidas** Course

**The Center for Professional Advancement**
Pre Reginner's Conversational English 1

**Instituto INDEPOCAHU**
**Crecimiento para el desarrollo humano**

**San Juan Boards of Realtor** 2006
New apartment valuation and valuation analysis Course
Sales Techniques Course

**The Center for Professional Advancement**
Pre-Reginner's Conversational English II

**San Juan Seminar Real Estate, Inc**. 2007
Credit Store, Credit Report and How to Protect it Course

**Asociación de Realtors**
Computers Techniques for Real Estates Course