IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-05419 BKT

RICARDO LUIS RIVERA GOMEZ

Chapter 7

HEIDEE MAGALY TORRES MONTANEZ

XXX-XX-1083

XXX-XX-1495

FILED & ENTERED ON 11/30/2010

Debtor(s)

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: Application to Employ Realtors, filed by Trustee, docket #16.

Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30 day of November, 2010.

Brian K. Tester
U. S. Bankruptcy Judge

C: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
WILFREDO SEGARRA MIRANDA